## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THE ESTATE OF PHILIP F. YOUNG AND BRINTON YOUNG, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF PHILIP F. YOUNG,

          Petitioners

        v.

ROBERT LOUIS, ESQUIRE AND SAUL EWING, LLP,

          Respondents

: No. 41 EAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.